UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KEITH HENDERSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:14-cv-00202-NT |
| | ) | |
| THOMAS W. THRASH, JR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 9, 2014 his Recommended Decision (Docket No. 4). The Plaintiff filed his objection to the Recommended Decision (Docket No. 5) on June 23, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED;

2. The Defendant's Complaint is DISMISSED without prejudice based on improper venue;

1

3. The Plaintiff's Motion to Proceed *in forma pauperis* is <u>DENIED</u>; and,

4. The Defendant's Motion to Amend the Complaint is <u>DISMISSED</u> as Moot

<u>SO ORDERED</u>.

Dated this 30th day of June, 2014.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE